# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 18, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 22-10067-AA
Case Style: Nationwide Insurance Company of America v. Diane Wolfe, et al
District Court Docket No: 6:19-cv-01444-CEM-GJK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 22-10067

_____

NATIONWIDE INSURANCE COMPANY OF AMERICA,
A foreign corporation,

                                                                                                  Plaintiff-Appellee,

*versus*

SOUTHLAND LAWN CARE, INC., et al.,

                                                                                                  Defendants,

DIANE WOLFE,
JOHN WOLFE,
DAWN WOLFE,
As co-personal representatives of the
Estate of Michael Wolfe, Deceased,

ISSUED AS MANDATE:  05/18/2023

2                                                                 22-10067

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-01444-CEM-GJK

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 15, 2023

For the Court: DAVID J. SMITH, Clerk of Court